# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A ZTE Cell Phone, Model Z665C, in the custody of the DHS HSI Chattanooga Field Office

) ) ) ) )

Case No. 1:16-mj-35

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
A ZTE Cell Phone, Model Z665C, in the custody of the DHS HSI Chattanooga Field Office, more specifically described in Attachment "A," attached to and incorporated herein,

located in the ___Eastern___ District of ___Tennessee___, there is now concealed *(identify the person or describe the property to be seized)*:
evidence, fruits, contraband, and instrumentalities related to violations of child exploitations statutes, as more specifically described in Attachment "B," attached to and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251 | Enticement of a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of said conduct |
| 18 U.S.C. 2422 | Enticement of a minor to engage in unlawful sexual activity |

The application is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

G. David Nalley, Special Agent, DHS HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/0\[CHS\]/2016__

_____
*Judge's signature*

City and state: Chattanooga, Tennessee

Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*

Case 1:16-mj-00035-CHS   Document 1   Filed 02/09/16   Page 1 of 1   PageID #: 1